# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                    PLAINTIFF

v.                          No. 1:18-cv-17-DPM-BD

LORI REEVES, Mental Health Advisor,
McPherson Unit; ARKANSAS DEPARTMENT
OF CORRECTION, McPherson Unit, Mental
Health; JACKSON COUNTY; and
A. KITTRELL, Doctor, McPherson Unit                           DEFENDANTS

## ORDER

Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Scarver's claims against the Arkansas Department of Correction are dismissed with prejudice. Her claims against Jackson County are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2018