IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                              PLAINTIFF

v.                              No. 1:18-cv-17-DPM-BD

LORI REEVES, Mental Health Advisor,
McPherson Unit, and A. KITTRELL,
Doctor, McPherson Unit                                                   DEFENDANTS

## ORDER

Scarver's motion to reconsider, № 20, is denied without prejudice. The delay in getting legal materials wasn't Scarver's fault. But her new paper doesn't include any specific objections to the 13 April 2018 recommendation. If Scarver wants to file belated objections to the recommendation, then she must do so by 31 May 2018. The Court will then reconsider the recommendation and its 1 May 2018 Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018