# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STASIA SCARVER**
**ADC #714033**                                                                                    **PLAINTIFF**

v.                                      **No. 1:18-cv-17-DPM-BD**

**LORI REEVES, Mental Health Advisor,**
**McPherson Unit; and A. KITTRELL,**
**Doctor, McPherson Unit**                                                **DEFENDANTS**

## ORDER

On *de novo* review, the Court stands by its 1 May 2018 Order, № 9, and overrules Scarver's belated objections, № 30. Fed. R. Civ. P. 72(b)(3). Jackson County isn't liable for Dr. Kittrell's alleged wrongdoing unless he was carrying out an unconstitutional county policy or custom. *E.g., Ulrich v. Pope County*, 715 F.3d 1054, 1061 (8th Cir. 2013).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_7 June 2018_