# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                                PLAINTIFF

v.                      No. 1:18-cv-17-DPM-BD

LORI REEVES, Mental Health Advisor,
McPherson Unit; and A. KITTRELL,
Doctor, McPherson Unit                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 32, and overrules Scarver's objections, № 34. FED. R. CIV. P. 72(b)(3). If Scarver wants add facts against Reeves and Kittrell, then she must do so in a motion to amend her complaint, not in her objections to the recommendation. Scarver's claims against Reeves are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2018