# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                    PLAINTIFF

v.                       No. 1:18-cv-17-DPM

A. KITTRELL, Doctor, McPherson Unit                            DEFENDANT

## ORDER

**1.** Motion to amend, № 46, denied. If Scarver believes she's being retaliated against, then she must raise that claim in a new lawsuit after exhausting any available administrative remedies.

**2.** After Magistrate Judge Deere filed her recommendation, Scarver submitted a belated response to Dr. Kittrell's motion for summary judgment. № 44. The Court has considered that response in ruling on the recommendation.

**3.** On *de novo* review, the Court adopts the recommendation, № 43, and overrules Scarver's objections, № 45. Fed. R. Civ. P. 72(b)(3). Scarver's claims against Dr. Kittrell will be dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2018