IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                    PLAINTIFF

v.                       No. 1:18-cv-17-DPM

TONI BRADLEY, Warden, McPherson
Unit; LORI REEVES, Mental Health Advisor,
McPherson Unit; ARKANSAS DEPARTMENT
OF CORRECTION, McPherson Unit, Mental
Health; JACKSON COUNTY; and
A. KITTRELL, Doctor, McPherson Unit                            DEFENDANTS

## JUDGMENT

Scarver's claims against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2018