# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STASIA SCARVER
ADC #714033                                                    PLAINTIFF

v.                          No. 1:18-cv-17-DPM

TONI BRADLEY, Warden, McPherson
Unit; LORI REEVES, Mental Health Advisor,
McPherson Unit; ARKANSAS DEPARTMENT
OF CORRECTION, McPherson Unit, Mental
Health; JACKSON COUNTY; and
A. KITTRELL, Doctor, McPherson Unit                           DEFENDANTS

## ORDER

Motion for leave to appeal *in forma pauperis*, № 56, denied as moot. The Court already granted Scarver permission to appeal *in forma pauperis*. № 52.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2018